# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-1023
Owner:  Enrique Garza, et al.
Acres:  4.921

**Being** a 4.921 acre tract (214,353 sq ft) parcel of land, more or less, being out of a calculated 13.618 acres, in Porcion No. 61, in Starr County, Texas. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker S143, having the following NAD83 (2011) Grid Coordinates N=16714178.62, E=784782.59; Thence N59°43'59"W a distance of 1581.38 feet to a found 5/8" iron rod at the Southeast corner of the Sanchez-O'Brien Oil and Gas Corporation tract, Volume 699, Page 607, for the **Point of Commencement,** having the following coordinates: N=16714975.68, E=783416.78

**Thence:** S59°19 37"W departing said property line, a distance of 1315.01 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1020-2-2=1023-1, on the South line of the Sanchez-O'Brien Oil and Gas Corporation tract, Volume 699, Page 607, for the **Point of Beginning,** having the following coordinates: N=16714304.84, E=782285.74, said point being on the Eastern boundary of the parcel herein described;

**Thence:** S36°47'37"E departing said property line, along said Eastern boundary, crossing the center of an existing 9 foot wide dirt road at 244 feet, crossing an existing barbed wire fence at 308.62 feet, a distance of 365.26 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1023-1A for a Point on Line;

**Thence:** S36°47'37"E along said Eastern boundary crossing an existing barbed wire fence at 228.82 feet, crossing the center of an existing 9 foot wide dirt road at 241 feet, crossing an existing barbed wire fence at 253.15 feet, a distance of 365.26 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1023-1B for a Point on Line;

**Thence:** S36°47'37"E along said Eastern boundary to an existing barbed wire fence, a distance of 365.26 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1023-2=1045-5 for angle, said point being on the North line of the Guillermo Castillo Estate tract, Volume 365, Page 749;

**Thence:** S58°14'36"W departing said Eastern boundary, along said property line, along said fence, a distance of 210.81 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1023-3=1045-4 for angle, said point being on the

**SCHEDULE C (cont.)**

Western boundary of the parcel herein described;

**Thence:** N36°47'37"W along said Western boundary, departing said property line, departing said fence, crossing an existing barbed wire fence at 452.21 feet, a distance of 477.54 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGVRGC-1023-3A for a Point on Line;

**Thence:** N36°47'37"W along said Western boundary, crossing the center of an existing 9 foot wide dirt road at 45 feet, crossing an existing barbed wire fence at 229.70 feet, crossing the center of an existing 9 foot wide dirt road at 252 feet, crossing an existing barbed wire fence at 264.83 feet, a distance of 477.54 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1020-2-5=1023-4 for angle, said point being on the South line of the Sanchez-O'Brien Oil and Gas Corporation tract, Volume 699, Page 607;

**Thence:** N31°32'53"E departing said Western boundary, along said property line, a distance of 70.42 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1020-2-4=1023-5 for angle;

**Thence:** N18°19'21"E along said property line, a distance of 149.73 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1020-2-3=1023-6 for angle;

**Thence:** N27°17'37"E along said property line, a distance of 24.16 feet returning to the **Place of Beginning.**

# SCHEDULE D

**SCHEDULE D**

**MAP or PLAT**

**LAND TO BE CONDEMNED**



## SCHEDULE D (cont.)



RGV-RGC-1023
4.921 AC.
214,353 SQ. FT.

## SCHEDULE D (cont.)



# SCHEDULE D (cont.)



## LEGEND:

| Symbol | Description | | Symbol | Description | | Symbol | Description |
|---|---|---|---|---|---|---|---|
| | FOUND MONUMENT (AS NOTED) | | | COMMUNICATION/TELEPHONE JUNCTION BOX/PEDESTAL | | | GAS LINE |
| | SET MONUMENT | | | OVERHEAD COMMUNICATIONS/TELEPHONE LINE | | | EDGE OF RIPRAP |
| | CONTROL POINT | | | UNDERGROUND COMMUNICATIONS/TELEPHONE LINE | | | EDGE OF VEGETATION (TYPE NOTED) |
| | ACQUISITION BOUNDARY | | | UNDERGROUND FIBER OPTIC LINE | | | MISCELLANEOUS SYMBOL (SEE LABEL) |
| | PROPOSED ACQUISITION BOUNDARY | | | CATCH BASIN | | S.C.C.H. | (FOUND) STARR COUNTY COURTHOUSE |
| | EASEMENT LINE | | | STORM GRATE | | S.C.C.M. | (FOUND) STARR COUNTY CAD MAP |
| | PROPERTY LINE | | | STORM SEWER VALVE | | W/ | WITH |
| | PORCION LINE | | | STORM SEWER MANHOLE | | UNK. | UNKNOWN |
| | EXISTING WALL | | | STORM SEWER | | ALUM. | ALUMINUM |
| | LEVEE TOP BANK | | | CULVERT | | CONC. | CONCRETE |
| | LEVEE TOE | | | HEADWALL AND WINGWALL | | CULV. | CULVERT |
| | EDGE OF ROAD (TYPE NOTED) | | | TOP OF DITCH | | POC | POINT OF COMMENCEMENT |
| | GUARD RAIL | | | BOTTOM OF DITCH | | POB | POINT OF BEGINNING |
| | SAVE AND EXCEPT AREA | | | EDGE OF WATER | | PG. | PAGE |
| | EDGE OF SIDEWALK | | | WATER PUMP | | VOL. | VOLUME |
| | BUILDING OUTLINE (SEE LABEL) | | | MONITORING WELL | | MON | MONUMENT |
| | FENCE (TYPE NOTED) | | | WATER VALVE | | FIP | FOUND IRON PIPE |
| | EDGE OF STRUCTURE (SEE LABEL) | | | WATER METER | | FIR | FOUND IRON ROD |
| | BRIDGE OUTLINE | | | HYDRANT | | CPS | COTTON PICKER SPINDLE |
| | OVERHEAD ELECTRICAL LINE | | | WATER EXTINGUISHER/FAUCET/SPICKET | | DIS | DISTURBED |
| | UNDERGROUND ELECTRICAL LINE | | | WATER MANHOLE | | 1STFR | 1 STORY FRAME HOUSE |
| | LIGHT POLE | | | WATER LINE | | 2STFR | 2 STORY FRAME HOUSE |
| | UTILITY POLE | | | LIFT STATION | | 1STBR | 1 STORY BRICK HOUSE |
| | GUY END | | | PUMP STATION | | 2STBR | 2 STORY BRICK HOUSE |
| | GUY POLE | | | SEWER CLEAN OUT | | 1STCB | 1 STORY COMMERCIAL BUILDING |
| | JUNCTION BOX | | | SEWER MANHOLE | | 2STCB | 2 STORY COMMERCIAL BUILDING |
| | ELECTRICAL MANHOLE | | | SEWER WATER PUMP | | 1STSB | 1 STORY STORE BUILDING |
| | ELECTRICAL METER | | | SANITARY SEWER VAULT | | 2STSB | 2 STORY STORE BUILDING |
| | ELECTRICAL PULL BOX | | | SANITARY SEWER LINE | | SHDWF | SHED WOOD FRAME |
| | TRANSMISSION TOWER | | | GAS TANK | | SHDBR | SHED BRICK |
| | SUBSTATION | | | GAS VALVE | | CLF | CHAIN LINK FENCE |
| | ELECTRICAL TRANSFORMER | | | GAS METER | | WF | WOODEN FENCE |
| | COMMUNICATIONS/TELEPHONE MANHOLE | | | GAS LINE MARKER | | SBF | STONE OR BRICK FENCE |
| | | | | GAS VAULT | | BWF | BARBED WIRE FENCE |

GENERAL SURVEYORS NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.9999228660 (E.G. GRID X 0.9999228660 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1453.
6. NO RECORD WAS FOUND OR PROVIDED THAT PROVIDED SUFFICIENT TITLE EVIDENCE TO DETERMINE OWNERSHIP OF THE PARENT TRACT OF THE PARCEL BEING SURVEYED. THE PROPERTY LINES DELINEATED FOR THE PARENT TRACT ARE SHOWN FOR REFERENCE PURPOSES ONLY AND ARE BASED ON APPARENT POSSESSION LINES.
7. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
8. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 17, 2019 (TICKET NO. 1969830549).
9. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 17, 2019 (TICKET NO. 1969836349).
10. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 17, 2019 (TICKET NO. 5920145235).
11. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 17, 2019 (TICKET NO. 5920149936).

| SHEET NO. 6 OF 7 | METES & BOUNDS SURVEY UNKNOWN TRACT NO. RGV-RGC-1023 STARR COUNTY      TEXAS | DRAWN BY: JP 1/20 | MARK | DESCRIPTION | DATE | APPR | | |
| | | CHECKED BY: 1/20 | | | | | | US Army Corps of Engineers |
| | | WBG 1/20 | | | | | EMC, Inc. | |
| | | SURVEY DATE: 11/19 | | | | | SPECIALISTS IN SURVEYING & MAPPING | |
| | | PLOT DATE: 1/20 | BORDER WALL TASK ORDER: 003 | | | | | |
| | | SHEET SIZE: ANSI-A | CONTRACT NO.: W9126F-15-D-0012 | | | | | |

## SCHEDULE D (cont.)

| PARCEL TABLE | | | | | |
|---|---|---|---|---|---|
| MONUMENT/LINE/CURVE# | MONUMENT NAME | NORTHING | EASTING | DISTANCE | DIRECTION |
| P1 | RGV-RGC-1020-2-2=1023-1 | 16714304.84 | 782285.74 | | |
| L1 | | | | 365.26' | S36°47'37"E |
| P2 | RGV-RGC-1023-1A | 16714012.35 | 782504.51 | | |
| L2 | | | | 365.26' | S36°47'37"E |
| P3 | RGV-RGC-1023-1B | 16713719.85 | 782723.27 | | |
| L3 | | | | 365.26' | S36°47'37"E |
| P4 | RGV-RGC-1023-2=1045-5 | 16713427.35 | 782942.04 | | |
| L4 | | | | 210.81' | S58°14'36"W |
| P5 | RGV-RGC-1023-3=1045-4 | 16713316.40 | 782762.78 | | |
| L5 | | | | 477.54' | N36°47'37"W |
| P6 | RGV-RGC-1023-3A | 16713698.81 | 782476.77 | | |
| L6 | | | | 477.54' | N36°47'37"W |
| P7 | RGV-RGC-1020-2-5=1023-4 | 16714081.23 | 782190.75 | | |
| L7 | | | | 70.42' | N31°32'53"E |
| P8 | RGV-RGC-1020-2-4=1023-5 | 16714141.24 | 782227.59 | | |
| L8 | | | | 149.73' | N18°19'21"E |
| P9 | RGV-RGC-1020-2-3=1023-6 | 16714283.38 | 782274.66 | | |
| L9 | | | | 24.16' | N27°17'37"E |

| SHEET NO. 7 OF 7 | METES & BOUNDS SURVEY UNKNOWN TRACT NO. RGV-RGC-1023 STARR COUNTY          TEXAS | DRAWN BY: JP      1:00 CHECKED BY: WBG     1:00 SURVEY DATE: 11/18 PLOT DATE: 1:00 SHEET SIZE: ANSI-A | MARK DESCRIPTION DATE APPR. BORDER WALL TASK ORDER: 003 CONTRACT NO.: W9126F-15-D-0012 |   |  US Army Corps of Engineers® |

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:   RGV-RGC-1023
Owner:  Enrique Garza, et al.
Acres:  4.921

     The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

     Reserving to the owners of land identified as Abstract No. 283, Porcion No. 61, in the Ancient Jurisdiction of Mier, now Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

     Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**SCHEDULE E (cont.)**



# SCHEDULE F

# **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is FORTY-FOUR THOUSAND, FIVE HUNDRED AND TEN DOLLARS AND NO/100 $44,510.00, to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
| --- | --- |
| **The Unknown Heirs of Enrique de la Garza/Enrique Garza** | **RGV-RGC-1023** <br> Warranty Deed, <br> Document #1936-5847; <br> Recorded July 30, 1936, <br> Starr County Official Public Records |
| **The Unknown Heirs of Paula Garcia Garza** | Warranty Deed, <br> Document #1936-5847; <br> Recorded July 30, 1936, <br> Starr County Official Public Records |
| **Horacio de la Garza or his Unknown Heirs** | Warranty Deed, <br> Document #1936-5847; <br> Recorded July 30, 1936, <br> Starr County Official Public Records |
| **Alberto de la Garza or his Unknown Heirs** | Warranty Deed, <br> Document #1936-5847; <br> Recorded July 30, 1936, <br> Starr County Official Public Records |
| **Cornelio de la Garza or his Unknown Heirs** | Warranty Deed, <br> Document #1936-5847; <br> Recorded July 30, 1936, <br> Starr County Official Public Records |
| **The Unknown Heirs of Justo de la Garza/Justo Garza/Justo Garcia** | Warranty Deed, <br> Document #1936-5847; <br> Recorded July 30, 1936, <br> Starr County Official Public Records |
| **The Unknown Heirs of Julia Cantu: de la Garza** | Warranty Deed, <br> Document #1936-5847; <br> Recorded July 30, 1936, <br> Starr County Official Public Records |

| | |
|---|---|
| **Maria Guadalupe de la Garza** ▇▇▇▇▇ Mercedes, TX ▇▇ | Warranty Deed, Document #1936-5847; Recorded July 30, 1936, Starr County Official Public Records |
| **Herlinda Garza** ▇▇▇▇▇ Mercedes, TX ▇▇ | Warranty Deed, Document #1936-5847; Recorded July 30, 1936, Starr County Official Public Records |
| **Enrique Garza** ▇▇▇▇▇ Mercedes, TX ▇▇ | Warranty Deed, Document #1936-5847; Recorded July 30, 1936, Starr County Official Public Records |
| **The Unknown Heirs of Jose de la Garza** | Warranty Deed, Document #1936-5847; Recorded July 30, 1936, Starr County Official Public Records |
| **Homero Meza** | Warranty Deed, Document #1936-5847; Recorded July 30, 1936, Starr County Official Public Records |
| **Eloy Silva and/or his Unknown Heirs** | Warranty Deed, Document #1977-93201; Recorded February 17, 1977, Starr County Official Public Records |
| **Ameida Salinas** Starr County Tax Assessor 100 N FM 3167, Ste.201 Rio Grande City, TX 78582 | Tax Authority |